# EXHIBIT "1"

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| CHARLES LESLIE STILWELL an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Defendant "1" a/k/a AMITY ZHANG a/k/a ZHANG XIAOJIE, an individual; and JOHN DOES 1 – 20, as yet unidentified Individuals, Business Entities, and/or Unincorporated Associations,<br><br>    Defendants. | CASE NO. 1:23-cv-21920-RNS |

## <u>DECLARATION OF PLAINTIFF CHARLES LESLIE STILWELL</u>

I, Charles Leslie Stilwell, declare and state as follows:

1. I am over 18 years of age. I have personal knowledge of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am the Plaintiff in the above-styled action.

3. I have reviewed my Complaint [DE 1] in this action and state that all factual allegations are true.

4. Defendant "1" stole my cryptocurrency, as set forth in my Complaint.

5. Based on the context and content of the conversations between myself and Defendant "1", I have a reasonable belief that Defendant "1" a/k/a AMITY ZHANG a/k/a ZHANG XIAOJIE, is in the People's Republic of China ("China").

6. From my conversations with Defendant "1", I gleaned the details consistent with Defendant's China location. For example:

   a. Defendant "1" consistently displayed a distinct Chinese accent and pronunciation.

   b. Defendant "1" shared pictures of herself with me, and these images displayed identifiable physical characteristics often associated with individuals of Asian descent.

   c. On multiple occasions, Defendant "1" spoke about cultural events and holidays specific to China.

   d. During our communications, Defendant "1" openly mentioned that several of her family members currently reside in China, reinforcing the connection to the geographical region.

   e. The name provided by Defendant "1" is of Chinese origin.

   f. Defendant "1" stated that the trading platform was in China, which was confirmed by the trading platform customer service support team.

   g. Defendant "1" engaged in communication during hours that do not coincide with regular business hours in the United States. The time zone observed aligns with the geographical location of China, further supporting my reasonable belief of her location.

7. Accordingly, I have reasonable cause to believe Defendant "1" is in China.

8.  Defendant's crypto wallets are the only contact information I have.

9.  Defendant "1" no longer answers any of the other communications she used during his fraud (telephone, text, WhatsApp, and e-mail).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ~~July~~ AUG 9, __, 2023.

By: _____
Charles Leslie Stilwell

3