**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:23-cv-21920-RNS

CHARLES LESLIE STILWELL,
an individual,

     Plaintiff,

v.

DEFENDANT "1" a/k/a AMITY ZHANG a/k/a ZHANG XIAOJIE, an individual; and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

     Defendant.

**DAMAGE DECLARATION**
**OF PLAINTIFF CHARLES LESLIE STILWELL**

I, Charles Leslie Stilwell, declare and state as follows:

1.     I am over 18 years of age.  I have personal knowledge of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.     I am the Plaintiff in the above styled action.

3.     The following chart reflecting Plaintiff's Complaint allegations ([ECF No. 1] at ¶¶ 31 – 36), sets forth the precise amounts Defendants converted according to the historical USDT and ETH values in USD:

| Date (EST) | Amount Sent | Transaction ID | USD Value |
|---|---|---|---|
| 02/27/22 at 10:56 PM | 3,917.85 USDT | 0xbe92f50d948230e93d5055b598acea2d16612c6291feff5186ed40f64b5e22c6 | $3,927.79 |
| 02/27/22 at 1:49 AM | 3,917.37 USDT | 0x0abce7400da1767e61ce68496e59d56c7e66f3460f5f182442a90c9e71b99a47 | $3,927.30 |
| 03/04/22 at 4:41 PM | 12,744.41 USDT | 0xbbec704a9f84f26a9812dc5f647edeed158765cc01b1a75359890344d865e266 | $12,764.08 |
| 03/22/22 at 7:03 PM | 16.6659 ETH | 0x81c4cc0e0cfa4ee7fd6c9fe32b83a7e241199faefe9620f23d0142d3e3182ba0 | $49,505.70 |
| 04/05/22 at 11:16 PM | 70.9929 ETH | 0xf1966873de9e5365c0638e2726c247a58e244a1f8dbc677de1cfbe5d91309afd | $241,836.13 |
| 04/08/22 at 5:08 PM | 25,021.17 USDT | 0xfb82e1f631c32719f769721ba660db628ee07c1a946d632274c095ffbb7fc188 | $25,042.55 |
| 04/09/22 at 11:38 PM | 24,725 USDT | 0x00d57cd2e877baa51edcd2f47316225bb7c0abfa9232d21213e31fba380e06d1 | $24,740.56 |
| 04/14/22 at 6:46 PM | 9.1515 ETH | 0xf7ddee452ba3f62054ce1458a6ad0ad59e05d49b37f5284712f4d5336ed4f887 | $27,653.93 |
| 04/20/22 at 11:58 PM | 22.3048 ETH | 0x64e1f9dbb7c969e3da8c339967c7376b559e63bc37a3bcf9267a640388b65ae1 | $68,648.62 |
| 04/22/22 at 1:17 AM | 9,975 USDT | 0xe3c855338b52d088c464e23ca26dc28963150118fcae74cda258d416b3794bd0 | $9,976.41 |
| 05/06/22 at 9:01 PM | 59.9466 ETH | 0xa0f9cc3a618cbf8defbcfec7e6721ed37e13a326e7396c324688a8a156df4b42 | $161,381.06 |
| 05/09/22 at 2:59 PM | 3.503992 ETH | 0x1d2f831cecf15185d16f3ca82dc2e596bcd0690429a18a06efd15e637fd788c9 | $7,817.23 |
| 05/19/22 at 12:18 AM | 71.095 ETH | 0x563d62a13d403583905671f404a3324799aaed0e6d8d686f16f48fbadc490685 | $143,454.07 |
| 07/05/22 at 5:54 PM | 130.396 ETH | 0x3971b1c4292af31b5a8448864aced0a5140358acbf8a7ac33ea412aa89b50eeb | $147,603.06 |
| 07/08/22 at 5:59 PM | 113.394938 ETH | 0x82b3cb3a20d477a40698702e450a5b40f0680317ca0eec02716d3d475584835c | $137,661.45 |
| 07/12/22 at 5:45 PM | 80,022.14 USDT | 0x49871761a403d8050d3089a3aa9713674f1ab9dbdb49d8b0b3f462ab4de41a69 | $80,065.92 |
| 07/18/22 at 4:49 PM | 60,391.07 USDT | 0x574a58e8b3ef88d489299e5c9bc68a35849b89950d2bf5e8131ec31854e1281d | $60,510.69 |

2

| | | | |
|---|---|---|---|
| 10/25/22 at 2:31 PM | 7,913 USDT | 0x5a22feecd09e4ea152d6358c08c04512 5d34dea7241f26e810431b882f5ee78f | $7,912.98 |
| 11/03/22 at 9:11 PM | 9,773 USDT | 0xe98dd8fabf40ecb8643935c0d651a6 e4c9d5e39e75f0e8c71790cc1df3a4200e | $9,777.41 |
| 11/08/22 at 7:20 PM | 9,772 USDT | 0x5cb7764f5ed531b923636d19252a 452c6fd1c7680dc912fdda7095513b00f375 | $9,792.74 |
| 11/15/22 at 5:33 PM | 4,984 USDT | 0x307edb6e11f9d7ec852b6405cd9b 81c65f6933a432cb85d90725f42896eda8e9 | $4,988.60 |
| 11/21/22 at 4:57 PM | 20,478 USDT | 0xb1df373f6a56f2ecbd458d55d10a9 2e3828080a930db979b96bbf767cab4c437 | $20,497.43 |
| 11/21/22 at 10:37 PM | 9,764 USDT | 0x43e60fcfd2a3d19cbfef4bfb84c7b2 722674d3c68e9887285cfae8123da052d0 | $9,773.99 |
| 11/23/22 at 3:48 PM | 9,862 USDT | 0x3b0a4ec2f1c9fe5952f4ed0244b4cb d42f2448203e6da7a531953d1fcbee7a54 | $9,867.47 |
| 11/28/22 at 10:45 PM | 15,003 USDT | 0x110770e10ff93aac153e9440c5c1c ecaa05147e3cc5f5e73445d53aaecb452fa | $15,008.51 |
| 12/05/22 at 07:53 PM | 44,810 USDT | 0x1141ed8279d5a31b019beb082ec511 af4b9deceffff79bd0dd2cb7f62eb232c8e | $44,844.52 |

4.      I confirmed these values by inserting each Transaction Hash into the Etherscan analytics platforms located at the following website: (https://etherscan.io/).

5.      Etherscan is a popular blockchain and analytics platforms specifically designed for the Ethereum network.  It allows users to explore and interact with the Ethereum blockchain, providing them with real-time information on blocks, transactions, smart contracts, tokens, and addresses.  Among other things, Etherscan uses historical cryptocurrency token price data (in this case USDT and ETH to display the token value in USD on the day of transfer.  Attached hereto as

3

Doc ID: cfb3419b2c5fcaeca13807887f81c181fc6b1ed8

Exhibit "A," for example, is a screenshot of the information for the July 8, 2022, Transaction Hash (113.394938 ETH) which yields $137,661.45USD (U.S. dollars) on the date of transfer.[1]

6.      Accordingly, in U.S. dollars Defendants received a total of $1,191,377.14 from me.

7.      Further, I was unable to withdraw any of my funds.

8.      $1,191,377.14 is the total amount of transferred funds, which is the amount that should be reflected in any Final Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   12 / 21 / 2023

By:_____
*Charles Leslie Stilwell*
            Charles Leslie Stilwell

---

[1]See

https://etherscan.io/tx/0x82b3cb3a20d477a40698702e450a5b40f0680317ca0eec02716d3d47558 4835c.

4

Doc ID: cfb3419b2c5fcaeca13807887f81c181fc6b1ed8

 **Dropbox** Sign                              Audit trail

| | |
|---|---|
| **Title** | Stilwell-Declaration.pdf |
| **File name** | Stilwell-Declaration.pdf |
| **Document ID** | cfb3419b2c5fcaeca13807887f81c181fc6b1ed8 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⬀ SENT | **12 / 21 / 2023** 16:20:17 UTC-5 | Sent for signature to Charles Stilwell (chuckstilwell436@gmail.com) from agustin@thecryptolawyers.com IP: 104.28.92.202 |
| ◉ VIEWED | **12 / 21 / 2023** 16:24:13 UTC-5 | Viewed by Charles Stilwell (chuckstilwell436@gmail.com) IP: 159.250.157.247 |
| ⟋ SIGNED | **12 / 21 / 2023** 16:26:05 UTC-5 | Signed by Charles Stilwell (chuckstilwell436@gmail.com) IP: 159.250.157.247 |
| ⊘ COMPLETED | **12 / 21 / 2023** 16:26:05 UTC-5 | The document has been completed. |

Powered by **Dropbox** Sign