**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:23-cv-21920-RNS

CHARLES LESLIE STILWELL,
an individual,

     Plaintiff,

v.

DEFENDANT "1" a/k/a AMITY ZHANG a/k/a
ZHANG XIAOJIE, an individual; and JOHN DOES 1-
20, as yet unidentified Individuals, Business Entities
and/or Unincorporated Associations,

     Defendant.

**DECLARATION OF D. FERNANDO BOBADILLA, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY
OF FINAL DEFAULT JUDGMENT**

I, D. Fernando Bobadilla, Esq., declare and state as follows:

1.     I am over 18 years of age.  I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.     I am co-counsel of record for Plaintiff CHARLES LESLIE STILWELL ("Plaintiff"), in the above-captioned action.  I make this Declaration in support of Plaintiff's Motion for Entry of Final Default Judgment.

3.     On May 23, 2023, Plaintiff filed his Complaint.  ECF No. [DE 1].

4.      Pursuant to this Court's September 1, 2023, Order Authorizing Alternate Service of Process on Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), ECF No. [6], on Plaintiff's behalf, I directed the September 20, 2023, e-transfer of the authorized service NFT to Defendant "1" a/k/a AMITY ZHANG a/k/a ZHANG XIAOJIE ("Defendant") (**Transaction** **Hash:** 0x8ad47235392022a5323638659438bf7baf48552ca9c66e4fc61af5c2c6679d50).

5.      As authorized by the Court, the service NFT contains summons language and a hyperlink to Plaintiff's service website which contained the Complaint, Summons, and the other pleadings and Orders in this action.

6.      On December 6, 2023, Plaintiff filed its Motion for Clerk's Entry of Default as to Defendant (ECF No. [14]), and the Clerk entered default against Defendant on December 7, 2023, for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. ECF No. [15].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2023.

By: *s/ Diego Fernando Bobadilla, Esq.*
Diego Fernando Bobadilla, Esq.

2